DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TEDDY K. SMITH, | ) Case No. 3:06-cv- |
| | ) |
| Plaintiff, | ) |
| v. | ) **NOTICE OF REMOVAL** |
| | ) |
| MANIILAQ ASSOCIATION, | ) |
| d/b/a MAPVISIQ, a/k/a | ) |
| SPUD FARM, | ) |
| | ) |
| Defendant. | ) |

Defendant, through counsel, gives notice to this Court of the removal of this action from state court. The notice is based on the following:

1.   The Plaintiff filed his Complaint against the Defendant in the Superior Court for the States of Alaska at Kotzebue.  The plaintiff alleges that MANIILAQ ASSOCIATION, d/b/a MAPVISIQ, a/k/a SPUD FARM (hereinafter "Maniilaq

1

Assoc.") committed torts against him such as negligence.

2. On June 10, 2006, the Maniilaq Assoc. was served with a copy of the Summons and Complaint. The United States Attorney has not been served with any of the pleadings in this case as of the date of the filing of this Notice of Removal; however, a copy of the Summons and Complaint served on Maniilaq Assoc. are attached hereto as Exhibit A.

3. Maniilaq Assoc. is an Indian Tribal Contractor and on July 14, 2006, the Department of Health and Human Services declared that it was carrying out a contract pursuant to Pub. L. 93-638 at the time of the alleged actions set forth in Plaintiff's Complaint. Federal law provides that an Indian tribe, tribal organization or Indian contractor is deemed a federal agency under certain circumstances. Public Law 101-512, Title III, § 314, Nov. 5, 1990, 104 Stat. 1959, as amended Pub. L. 103-138, Title III, §308, Nov. 11, 1993, 107 Stat. 1416, provides that:

> With respect to claims resulting from the performance of functions during fiscal year 1991 and thereafter, ..., under a contract, grant agreement, or any other agreement or compact authorized by the Indian Self-Determination and Education Assistance Act of 1975, ..., an Indian tribe, tribal organization or Indian contractor is deemed hereafter to be part of the Bureau of Indian Affairs in the Department of the Interior ... while carrying out the contract or agreement and its employees are deemed employees of the Bureau ... while acting within the scope of their employment in carrying out the contract or

agreement: Provided, That after September 30, 1990, any civil action or proceeding involving such claims brought hereafter against any tribe, tribal organization, Indian contractor or tribal employee covered by this provision shall be deemed to be an action against the United States and will be defended by the Attorney General and afforded the full protection and coverage of the Federal Tort Claims Act ...

Thus, Maniilaq Assoc. is deemed a federal agency and the present action is deemed an action against a federal agency.

3. This Notice of Removal is brought pursuant to 28 U.S.C. §§ 1442, 1446, which provides that a civil action brought against a federal agency in state court may be removed to District Court. As Maniilaq Assoc. is deemed a federal agency by operation of law, it can remove the action from state court.

4. Notice of Filing Removal of a Civil Action together with a copy of this Notice are simultaneously being filed in the state court where the action is pending.

Respectfully submitted on July 20, 2006.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/ Susan J. Lindquist
> Assistant U. S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-3378
> Fax: (907) 271-2344
> E-mail: susan.lindquist@usdoj.gov
> AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2006,
a copy of the foregoing Notice of Removal
was served by U. S. Mail on:

Robert J. Jurasek
Pentlarge Law Group
1400 West Benson Boulevard, Suite 550
Anchorage, AK 99503


s/ Susan J. Lindquist