IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT KOTZEBUE

Teddy K. Smith,

    Plaintiff,

    Plaintiff(s),

vs.

Maniilaq Association,
d/b/a Mapvieiq, a/k/a Spud Farm

    Defendant(s).

Denied 6/10/06

CASE NO. 2KB-06-67 CI

**SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT**

To Defendant: Maniilaq Association, c/o Registered Agent

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 605 3rd Avenue, Kotzebue, Alaska 99752 (address) within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, Robert R. Jursek, Esquire, whose address is 1400 W. Benson Blvd., Suite 550, Anchorage Alaska 99503.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

**NOTICE OF JUDICIAL ASSIGNMENT**

To: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge Richard Erlich

(SEAL)    CLERK OF COURT

5/16 Date    By: _____ Deputy Clerk

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 (5/02)(st.3)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55