DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TEDDY K. SMITH, | ) Case No.  3:06-cv- |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) **DEFENDANT'S** |
| MANIILAQ ASSOCIATION, | ) **NOTICE OF SUBSTITUTION** |
| d/b/a MAPVISIQ, a/k/a | ) |
| SPUD FARM, | ) |
| | ) |
| Defendants. | ) |

Defendant, by and through counsel, submits this Notice of Substitution, pursuant to 28 U.S.C. § 2679(d)(s).

1.  Federal law provides that an Indian tribe, tribal organization or Indian contractor is deemed a federal agency under certain circumstances.  Public Law 101-512, Title III, § 314, Nov. 5, 1990, 104 Stat. 1959, as amended Pub. L. 103-138, Title

III, §308, Nov. 11, 1993, 107 Stat. 1416, provides that:

> With respect to claims resulting from the performance of functions during fiscal year 1991 and thereafter, ..., under a contract, grant agreement, or any other agreement or compact authorized by the Indian Self-Determination and Education Assistance Act of 1975, ..., an Indian tribe, tribal organization or Indian contractor is deemed hereafter to be part of the Bureau of Indian Affairs in the Department of the Interior ... while carrying out the contract or agreement and its employees are deemed employees of the Bureau ... while acting within the scope of their employment in carrying out the contract or agreement: Provided, That after September 30, 1990, any civil action or proceeding involving such claims brought hereafter against any tribe, tribal organization, Indian contractor or tribal employee covered by this provision shall be deemed to be an action against the United States and will be defended by the Attorney General and afforded the full protection and coverage of the Federal Tort Claims Act.

Thus, Maniilaq Association, as an Indian tribal contractor, is deemed a federal agency and the present action is deemed an action against the United States. Thus, the government notifies the court that the United States is the proper party for a suit based on any negligence performed by Maniilaq Association. 25 C.F.R. § 900.204. The United States should be substituted in Maniilaq Association place for all claims alleged against it.

Respectfully submitted on July 20, 2006.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ Susan J. Lindquist
>Assistant U. S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3378
>Fax: (907) 271-2344
>E-mail: susan.lindquist@usdoj.gov
>AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2006,
a copy of the foregoing Notice of Substitution
was served by U. S. Mail on:

Robert J. Jurasek
Pentlarge Law Group
1400 West Benson Boulevard, Suite 550
Anchorage, AK 99503


s/ Susan J. Lindquist