DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TEDDY K. SMITH, | ) Case No.  3:06-cv- |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| MANIILAQ ASSOCIATION, | ) **MOTION TO AMEND CAPTION** |
| d/b/a MAPVISIQ, a/k/a | ) |
| SPUD FARM, | ) |
| | ) |
| Defendant. | ) |

The Defendant, through counsel, and pursuant to the Notice of Substitution filed with this court, moves to substitute the United States of America as Defendant for MANIILAQ ASSOCIATION, d/b/a MAPVISIQ, a/k/a SPUD FARM, with respect to the tort claims made in the Plaintiff's Complaint.

The United States also moves for the entry of an Order amending the caption in this case to reflect the addition of the United States of America as a Defendant, in place of MANIILAQ ASSOCIATION, d/b/a MAPVISIQ, a/k/a SPUD FARM.

Respectfully submitted on July 20, 2006.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>s/ Susan J. Lindquist
>Assistant U. S. Attorney
>222 West 7th Ave., #9, Rm. 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3378
>Fax: (907) 271-2344
>E-mail: susan.lindquist@usdoj.gov
>AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2006,
a copy of the foregoing Motion to Amend
Caption was served by U. S. Mail on:

Robert J. Jurasek
Pentlarge Law Group
1400 West Benson Boulevard, Suite 550
Anchorage, AK 99503


s/ Susan J. Lindquist