DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TEDDY K. SMITH,<br><br>             Plaintiff,<br>   v.<br><br>MANIILAQ ASSOCIATION,<br>d/b/a MAPVISIQ, a/k/a<br>SPUD FARM,<br><br>             Defendants. | Case No.  2:06-cv-00002-JWS<br><br>**SERVICE LIST** |

　　　　Defendant, by and through counsel, hereby files its service list of all the parties,

as ordered by the Court on July 21, 2006.

**For Plaintiff:**
Robert J. Jurasek
Pentlarge Law Group
1400 West Benson Boulevard, Suite 550
Anchorage, AK 99503

1

Phone: (907) 276-1919
Fax: (907) 276-8000
E-mail: rjurasek@gci.net

**For Defendant:**
Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov

Respectfully submitted on August 4, 2006

DEBORAH M. SMITH
Acting United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2006,
a copy of the foregoing Service List
was served by U. S. Mail on:

Robert J. Jurasek
Pentlarge Law Group
1400 West Benson Boulevard, Suite 550
Anchorage, AK 99503

s/ Susan J. Lindquist