DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TEDDY K. SMITH, | ) Case No.  2:06-cv-00002-JWS |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| MANIILAQ ASSOCIATION, | ) **NOTICE OF COMPLIANCE** |
| d/b/a MAPVISIQ, a/k/a | ) |
| SPUD FARM, | ) |
| | ) |
| Defendants. | ) |

Defendant, through counsel, notifies the Court that it complied with the court order requiring the filing of all state court documents.  The following is a list of all the pleadings received from state court:

| PLEADINGS | DATE | INDEX No. |
|---|---|---|
| Complaint | 05/16/06 | 1 |
| Summons | 05/16/06 | 2 |
| Civil Rule 4(F) Affidavit | 06/21/06 | 3 |
| Entry of Appearance (Douglas Pope) | 06/30/06 | 4 |
| Answer | 07/03/06 | 5 |
| Demand for Jury Trial | 07/03/06 | 6 |
| Disqualification of Judicial Officer (Judge Erlich) | 07/11/06 | 7 |
| Order - Reassignment of Judicial Officer (Judge Esch) | 07/11/06 | 8 |
| Notice to Attorneys of Record of the Location of the Original Civil Case File and Procedure for Filing Papers | 07/25/06 | 9 |
| Notice of Pretrial Scheduling Conference | 07/25/06 | 10 |
| Notice of Filing Removal of a Civil Action | 07/25/06 | 11 |

Respectfully submitted on August 4, 2006.

DEBORAH M. SMITH
Acting United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2006,
a copy of the foregoing Notice of Compliance
was served by U. S. Mail on:

Robert J. Jurasek
Pentlarge Law Group
1400 West Benson Boulevard, Suite 550
Anchorage, AK 99503


s/ Susan J. Lindquist