IN THE ~~DISTRICT~~ SUPERIOR COURT FOR THE STATE OF ALASKA
AT KOTZEBUE

Teddy K. Smith, )
    Plaintiff, )
        Plaintiff(s), )
vs. )
Maniilaq Association, )
  d/b/a Mapvisiq, a/k/a Spud Farm )
    Defendant(s). )

CASE NO. 2KB-06-67 CI

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: Maniilaq Association, c/o Registered Agent

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 605 3rd Avenue, Kotzebue, Alaska 99752 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, ~~Robert~~ J. Jursek, Esquire whose address is: 1400 W. BEnson Blvd., Suite 550, Anchorage Alaska 99503.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

To: Plaintiff and Defendant

You are hereby given notice that this case has been assigned to Judge **Richard Erlich**

(SEAL)                                    CLERK OF COURT

Date: 5/16/06                             By: _____
                                          Deputy Clerk

[Handwritten margin note: 5/16/06 Lodged TP]

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 (5/02)(st.3)                      Civil Rules 4, 5, 12, 42(c), 55
SUMMONS