IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

SECOND JUDICIAL DISTRICT AT KOTZEBUE

TEDDY K. SMITH,                          )
                                         )
            Plaintiff,                   )
                                         )
v.                                       )
                                         )
MANIILAQ ASSOCIATION,                    )
d/b/a Mapvisiq, a/k/a Spud Farm,         )
                                         )
            Defendant.                   )
_____) Case No.  2KB -06-00067 Civil

FILED in the trial court
state of Alaska, Second District
at Kotzebue

JUN 2 1 2006

Clerk, Trial Courts

_____ Deput

## CIVIL RULE 4(F) AFFIDAVIT

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT     )

I, Robert Jurasek, being first duly sworn, depose and state as follows:

1.      I am an attorney with Pentlarge Law Group which represents plaintiff in the above-captioned matter.

2.      Pursuant to Civil Rule 4(f) of the Alaska Rules of Civil Procedure, service of process was affected on defendant Maniilaq Association, d/b/a Mapvisiq, a/k/a Spud Farm by certified mail upon its registered agent, Helen A. Bolen, on June 16, 2006, a copy of the Return Receipt is attached hereto as Exhibit 1.

3.      At this time, there remain no unserved parties.

PENTLARGE LAW GROUP
1400 West Benson Boulevard  Suite 550
Anchorage, AK  99503
(907) 276-1919    276-8000 (Fax)

4.    Further your affiant sayeth naught.

_____
ROBERT J. JURASEK
ABA # 9111071

SUBSCRIBED AND SWORN to before me this \_\_ 19 day of June, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 3/9/2010

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Helen A. Bolen
MANIILIQ Assoc.
733 2nd Ave
Kotzebue, AK
99752

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
Helen A Bole                       6/14/06

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☒ Yes

2. Article Number
   (Transfer from service label)

7005 2570 0000 1971 0558

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

6/14 + 20 DA = 7/4

Cc: Ms. Bolen