IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

SECOND JUDICIAL DISTRICT AT KOTZEBUE

FILED in the Trial Courts
State of Alaska, Second District
at KOTZEBUE

JUN 3 0 2006

Clerk, Trial Courts

By ______ Deputy

TEDDY K. SMITH,

Plaintiff,

vs.

MANIILAQ ASSOCIATION; d/b/a Mapvisiq, a/k/a Spud Farm,

Defendant.

Case No. 2KB-06-67 Civil

**ENTRY OF APPEARANCE**

COMES NOW, Douglas Pope, of Pope & Katcher, and hereby enters his appearance on behalf of the defendant, Maniilaq Association, d/b/a Mapvisiq, a/k/a Spud Farm. All pleadings shall be sent to Douglas Pope, Pope & Katcher, 421 West 1st Avenue, Suite 220, Anchorage, Alaska 99501.

DATED this 29th day of June, 2006, at Anchorage, Alaska.

POPE & KATCHER
Attorneys for Defendant

BY: ______
Douglas Pope
ABA # 7311064

Law Offices of
POPE & KATCHER
421 West First Avenue, Suite 220
Anchorage, Alaska 99501
Tel: (907) 272-8577
Fax: (907) 274-8040

/////

Certificate of Service

I hereby certify that I served the foregoing Entry of Appearance on this 29th day of June, 2006, via First Class Mail on:

Mr. Robert J. Jurasek
Pentlarge Law Group
1400 West Benson Blvd., Suite 550
Anchorage, AK 99501

Douglas Pope

Law Offices of
**POPE & KATCHER**
*421 West First Avenue, Suite 220*
*Anchorage, Alaska 99501*
*Tel: (907) 272-8577*
*Fax: (907) 274-8040*