IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

SECOND JUDICIAL DISTRICT AT KOTZEBUE

| | |
|---|---|
| TEDDY K. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MANIILAQ ASSOCIATION; | ) |
| d/b/a Mapvisiq, a/k/a Spud Farm, | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. 2KB-06-67 Civil |

FILED in the Trial Courts
State of Alaska, Second District
at KOTZEBUE

JUL 0 3 2006

Clerk, Trial Courts

_____ Depu__

## ANSWER

Defendant Maniilaq Association, by and through counsel, hereby answers each paragraph in the complaint as follows:

1. Admitted.

2. Admit that defendant is a non-profit corporation doing business in the state of Alaska at or near Kotzebue. Admit that defendant administers a substance abuse recovery in furtherance of its contractual responsibilities to the Indian Health Service. All other allegations in paragraph 2 are denied.

3. Admit that the incidents alleged in the complaint occurred in the State of Alaska, Second Judicial District, at a remote facility known as Mapvisiq, where defendant administers a substance abuse recovery program in furtherance of its contractual responsibilities to the Indian Health Service. All other allegations in paragraph 3 are

Answer
Page - 1

Law Offices of
POPE & KATCHER
421 West First Avenue, Suite 220
Anchorage, Alaska 99501
Tel: (907) 272-8577
Fax: (907) 274-8040

denied.

4. Defendant is without sufficient information to form a belief as to the allegations in paragraph 4 of the complaint and the allegations are therefore denied.

5. Defendant is without sufficient information to form a belief as to the allegations in paragraph 5 of the complaint and the allegations are therefore denied.

6. Defendant is without sufficient information to form a belief as to the allegations in paragraph 6 of the complaint and the allegations are therefore denied.

## AFFIRMATIVE DEFENSES

1. The complaint fails to state a claim upon which relief against defendant can be granted.

2. Plaintiff's common law negligence claim against defendant is barred because the complaint alleges facts which subject the claim to the provisions of the Federal Tort Claims Act.

3. The state superior court does not have jurisdiction over plaintiff's common law negligence claim because the complaint alleges facts which subject the claim to the exclusive jurisdiction of the federal court.

4. Plaintiff has failed to join an indispensable party, and the complaint should be dismissed pursuant to Rule 19 of the Alaska Rules of Civil Procedure.

5. Plaintiff's common law negligence claim against defendant is barred because the complaint alleges facts which subject the claim to the exclusive remedy provisions of

Answer
Page - 2

Law Offices of
POPE & KATCHER
421 West First Avenue, Suite 220
Anchorage, Alaska 99501
Tel: (907) 272-8577
Fax: (907) 274-8040

the Alaska Workers' Compensation Act.

6. Plaintiff's common law negligence claim is barred in whole or in part because plaintiff has failed to mitigate damages.

7. Defendant reserves the right to assert additional affirmative defenses, including affirmative defenses revealed during discovery.

WHEREFORE, defendant prays that the court dismiss the complaint and award defendant costs and reasonable attorney's fees in defending the same.

DATED this 29th day of June, 2006, at Anchorage, Alaska.

POPE & KATCHER
Attorneys for Defendant

BY: _____
Douglas Pope
ABA # 7311064

/////

Certificate of Service

I hereby certify that I served the
foregoing Answer
on this 29th day of June, 2006,
via First Class Mail on:

Mr. Robert J. Jurasek
Pentlarge Law Group
1400 West Benson Blvd., Suite 550
Anchorage, AK 99501

_____
Douglas Pope

Answer
Page - 3

Law Offices of
POPE & KATCHER
421 West First Avenue, Suite 220
Anchorage, Alaska 99501
Tel: (907) 272-8577
Fax: (907) 274-8040