IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

SECOND JUDICIAL DISTRICT AT KOTZEBUE

| | |
|---|---|
| TEDDY K. SMITH,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MANIILAQ ASSOCIATION;<br>d/b/a Mapvisiq, a/k/a Spud Farm,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 2KB-06-67 Civil |

FILED in the Trial Courts
State of Alaska, Second District
at KOTZEBUE

JUL 0 3 2006

Clerk Trial Courts

By_____Deputy

## DEMAND FOR JURY TRIAL

Defendant Maniilaq Association demands a jury trial on all issues so triable in plaintiff's complaint.[1]

DATED this 29th day of June, 2006, at Anchorage, Alaska.

　　　　　　　　　　　　POPE & KATCHER
　　　　　　　　　　　　Attorneys for Defendant

　　　　　　　　　　　　BY: _____
　　　　　　　　　　　　Douglas Pope
　　　　　　　　　　　　ABA # 7311064

---

[1] It is the position of defendant Maniilaq Association that plaintiff's common law negligence claim alleges facts which subject the claim to the provisions of the Federal Tort Claims Act ("FTCA"). *See*, Answer. Under the FTCA, the proper party defendant is the United States and a claimant does not have a right to a jury trial. Defendant Maniilaq Association submits this Demand for Jury Trial alternatively, in the event the court determines that Maniilaq Association is the proper party, and this demand for a jury trial should not be construed as a waiver of any defenses in this case.

Answer
Page - 1

*Law Offices of*
**POPE & KATCHER**
*421 West First Avenue, Suite 220*
*Anchorage, Alaska 99501*
Tel: (907) 272-8577
Fax: (907) 274-8040

/////

<u>Certificate of Service</u>

I hereby certify that I served the
foregoing Answer
on this 29th day of June, 2006,
via First Class Mail on:

Mr. Robert J. Jurasek
Pentlarge Law Group
1400 West Benson Blvd., Suite 550
Anchorage, AK 99501

_____
Douglas Pope

Law Offices of
**POPE & KATCHER**
421 West First Avenue, Suite 220
Anchorage, Alaska 99501
Tel: (907) 272-8577
Fax: (907) 274-8040

Answer
Page - 2