IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

SECOND JUDICIAL DISTRICT AT KOTZEBUE

| | |
|---|---|
| TEDDY K. SMITH, ) | |
|     PLAINTIFF, ) | |
| vs. ) | CASE NO.: 2KB-06-67 CI |
| MANIILAQ ASSOCIATION: D/B/A MAPVISIQ, ) | |
| A/K/A/ SPUD FARM ) | |
|     DEFENDANT ) | |

### DISQUALIFICATION OF JUDICIAL OFFICER

I, Richard H. Erlich, Superior Court Judge at Kotzebue, Second Judicial District, State of Alaska, do certify that I am disqualified from acting in the above matter pursuant to AS 22.20.020(a) (4). Ian Erlich, my son, is a member of the Board of Directors of Maniilaq Assoc. Under these circumstances, I believe that it would be improper for me to serve on this case.

IT IS ORDERED: I request the presiding judge reassign this to another judicial officer.

Dated this Tuesday, July 11, 2006

Richard H. Erlich
Superior Court Judge

*Disqualification of Judicial Officer - 1*        *SMITH V. MANIILAQ ASSOC., 2KB-06-67 CI*