IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

SECOND JUDICIAL DISTRICT AT KOTZEBUE

FILED in the Trial Court
State of Alaska, Second Dist.
at KOTZEBUE

JUL 1 7 2006

Clerk, Trial Courts

FXD

TEDDY K. SMITH,

    PLAINTIFF,

    VS.

MANIILAQ ASSOCIATION: D/B/A MAPVISIQ,

A/K/A/ SPUD FARM

    DEFENDANT

CASE NO.: 2KB-06-67 CI

## ORDER – REASSIGNMENT OF JUDICIAL OFFICER

Upon recusal of Judge Erlich

It is Ordered:  the above matter is reassigned to the Honorable _Ben J. Esch_

Superior Court Judge.

Dated this _7/11/06_, at Barrow, Alaska.

Michael I. Jeffery
Presiding Judge, 2nd
Judicial District

I certify that on _7/12/06_
copies of this form were sent to:
CLERK: _____ Jura sek | Pope | NOME / OTZ / ACA