# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

## SECOND JUDICIAL DISTRICT AT KOTZEBUE

TEDDY SMITH, )
 )
       Plaintiff, )
 )
vs. )
 )
MANIILAQ ASSOC., dba MAPVISIQ, )
Aka SPUD FARM, )
 )
       Defendant. )
_____ )

Case No. 2KB-06-67 CI

## NOTICE TO ATTORNEYS OF RECORD OF THE LOCATION OF THE ORIGINAL CIVIL CASE FILE AND PROCEDURE FOR FILING PAPERS

TO:   Robert Jurasek                  Douglas Pope
        1400 W. Benson Blvd # 550      421 W. 1st Ave. #220
        Anchorage, AK 99503-3690       Anchorage, AK 9501

     The undersigned, having been assigned as the judge in the above-entitled civil action, hereby gives notice to the attorney's of record that the original case file has been transferred from the Kotzebue Trial Courts to the **NOME TRIAL COURTS**, P.O. Box 1110, Nome, Alaska 99762, the location of the assigned judge. Henceforth, *the attorney of record shall file all further papers in the Nome Trial Courts.* Any pleadings or other filings sent to the original court location at Kotzebue Trial Courts after receipt of this notice will be returned to the attorney for re-filing in the correct court location, i.e., filings herein will not be accepted in the Kotzebue Trial Courts. Venue for trial will continue in the Kotzebue Superior Court.

     DATED AT NOME, Alaska this 25th day of July, 2006.

                                                            _____
                                                           Ben Esch
                                                           Superior Court Judge

I certify that on 7-25-06 mailed a true and
correct copy of this document to the following:

Robert Jurasek
Douglas Pope
Kotzebue Court

Deputy Clerk: _____

## ORDER REGARDING FAX FILINGS

The Second Judicial District currently has a policy forbidding fax filings absent prior pleading by pleading approval. Authorization to modify that policy on a case by case basis has been delegated to the undersigned by the Presiding Judge. Consequently, upon the following terms and conditions, faxed pleadings may be filed <u>in this case only</u>.

1. Faxed pleadings shall be treated as originals, and no original documents which have been faxed shall be accepted for filing. To facilitate compliance with this provision, each page of a document which has been faxed shall be distinctively marked. Counsel shall disclose in a letter to the clerk, the exact nature of the distinctive marking. The only exception to this rule shall be affidavits. The court will accept faxed of unsigned affidavits, provided counsel certifies in writing under Alaska R. Civ.P.11 that the affiant has verified the contents. Thereafter, the original <u>signature page(s) with attestation</u> must be filed, and will be placed in the court file, at which time counsel's certification shall be removed.

2. Only good quality documents should be faxed, and no fax filing of a faxed document will be allowed. The originating fax machine shall be set to the highest resolution allowable for transmission of documents. The original documents faxed to the curt shall be retained by the counsel faxing the document to resolve any questions regarding authenticity and/or legibility.

3. Each separate document shall be preceded by a cover sheet, indicating the originating attorney, the description of the document (including exhibits), the number of pages being transmitted, and the name and fax number of all recipients. The clerk's office shall not be responsible for insuring that a faxed document is properly received. (*i.e.* all pages have been received, that they are legible, the court's fax has not run out of paper, etc.) Rubber Stamps, Post-it Notes, and the like are not acceptable substitutes for the cover sheet, and shall not be used. The cover sheet will not be filed.

4. The total number of faxed pages of pleadings, together with certificate(s) of service, exhibits, authority, appendices, attachments, etc. shall not exceed 25 pages per day from any <u>party</u>. This limitation must be coordinated by counsel for parties who have more than one attorney. The court will accept only the first 25 pages. The cover page is an exception to this limitation.

5. Faxed pleadings may be sent to the court only during hours when the court is closed to other business. That is between 4:30 p.m. and 8:00 a.m. Monday through Friday, on weekends and on court holidays as set out in Alaska Admin.R 16. The court requires the use of the fax machine during business hours, and while the court is willing to facilitate counsel in this case, that willingness is limited by the requirements of court business.

6. Counsel may inquire of the clerk's office, during business hours, if all pages of a pleading have been received and are legible. The clerk shall file stamp a document on the first business day after receipt. All parties must be served by fax the same day as the document is sent to the court, and a certificate of service shall accompany all documents.

7. Violation of the provisions of this order shall be grounds for the clerk to refuse to accept a document for filing, and repeated violation will be grounds for offending counsel to be prohibited from further filing by this process.

DATED AT NOME, Alaska this 25 day of July, 2006.

_____
Ben Esch
Superior Court Judge

I certify that on 7-25-06, I mailed a true and
Correct copy of this document to the following:

Robert Jurasek
Douglas Pope

Clerk: _____