IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
SECOND JUDICIAL DISTRICT AT NOME

| | |
|---|---|
| TEDDY K. SMITH, )<br>)<br>)<br>Plaintiff(s), )<br>vs. )<br>)<br>)<br>MANIILAQ ASSOC., dba MAPVISIQ, )<br>aka SPUD FARM, )<br>Defendant(s). )<br>_____ ) | CASE NO. 2KB-06-67 CI<br><br>NOTICE OF PRETRIAL<br>SCHEDULING CONFERENCE |

To:  Robert Jurasek
     Douglas Pope

The Pretrial Scheduling Conference in the above case will be held at:

   Date and Time: <u>August 21, 2006 at 3:30 p.m.</u>

   Room: Courtroom A          Judge: Esch

   Court Location: Nome Trial Court, Federal Building, Front Street, Nome, Alaska

At least one of the attorneys for each party participating in this conference must have authority to enter into stipulations and to make admissions regarding all matters that the participants reasonably anticipate may be discussed. Civil Rule 16(c).

Please be aware of the following deadlines:

1. The meeting of parties required by Civil Rule 26(f) must be held at least 14 calendar days before the above date. All attorneys and unrepresented parties are jointly responsible for arranging and attending the meeting and for attempting in good faith to agree on a proposed discovery plan.

2. Within 10 calendar days after the meeting of the parties, you must:

   a. submit to the court a written report outlining the proposed discovery plan (addressing the matters listed in Civil Rule 26(f)), and

   b. complete the initial disclosures required by Civil Rule 26(a).

   Parties may appear in person or telephonically. If a party chooses to appear telephonically, they are directed to coordinate their calls through the teleconference operator, as the court system only allows one call to be received. All costs for such appearance shall be born by the party(ies)

electing to do so. **Any party who desires to appear telephonically must call the court, the court will not call the party**.

July 25, 2006
Date

_____
Judge/Judge's Secretary/Clerk



I certify that on  7·25·06
a copy of the foregoing was mailed/given to:
Julcash
Pope
Clerk  VCannin

CIV-202 (6/95)
NOTICE OF PRETRIAL SCHEDULING CONFERENCE                    Civil Rules 16(b) & 26(f)