DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

"Conformed Copy" Original

FILED in the Trial Courts
State of Alaska, Second District
at KOTZEBUE

JUL 2 5 2006

Clerk, Trial Courts
_____ gh Deputy

IN THE SUPERIOR COURT

FOR THE STATE OF ALASKA AT KOTZEBUE

| | |
|---|---|
| TEDDY K. SMITH, ) | 2KB-06-67 CI |
| ) | |
| Plaintiff, ) | **NOTICE OF FILING REMOVAL** |
| v. ) | **OF A CIVIL ACTION** |
| ) | |
| MANIILAQ ASSOCIATION, ) | |
| d/b/a MAPVISIQ, a/k/a ) | |
| SPUD FARM, ) | |
| ) | |
| Defendants. ) | |

Please take notice that on July 20, 2006, Maniilaq Assoc., through counsel, filed in the Office of the Clerk of the United States District Court for the District of Alaska, its Notice of Removal of the above-captioned action. A copy of that Notice is attached to this pleading.

Respectfully submitted on July 20, 2006.

DEBORAH M. SMITH
Acting United States Attorney

*/s/ Lindquist*

SUSAN J. LINDQUIST
Assistant U.S. Attorney
AK #9008053

I declare under penalty of perjury that a true and correct copy of the Notice of Filing Removal of a Civil Action was sent to the following via U.S. Mail:

Robert J. Jurasek
Pentlarge Law Group
1400 West Benson Boulevard, Suite 550
Anchorage, AK 99503

Douglas Pope
Pope & Katcher
421 West First Avenue, Suite 220
Anchorage, AK 99501

Executed at Anchorage, Alaska, on July 20, 2006.

*/s/ Joy McCulloch*
Office of the U.S. Attorney