DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TEDDY K. SMITH, | ) Case No.  2:06-cv-00002-JWS |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| MANIILAQ ASSOCIATION, | ) **NOTICE OF ATTACHMENT** |
| d/b/a MAPVISIQ, a/k/a | ) |
| SPUD FARM, | ) |
| | ) |
| Defendants. | ) |

Defendant, through counsel, filed a Motion to Amend Caption (Docket No. 5).

A proposed Order was not submitted at that time.  The Defendant submits with this

Notice of Attachment the proposed Order for Dkt. No. 5.

Respectfully submitted this 9th day of August, 2006.

DEBORAH M. SMITH
Acting United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2006,
a copy of the foregoing Notice of Attachment
was served by U. S. Mail on:

Robert J. Jurasek
Pentlarge Law Group
1400 West Benson Boulevard, Suite 550
Anchorage, AK 99503


s/ Susan J. Lindquist