## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TEDDY K. SMITH, | ) Case No.  2:06-cv-00002-JWS |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| MANIILAQ ASSOCIATION, | ) **ORDER AMENDING CAPTION** |
| d/b/a MAPVISIQ, a/k/a | ) |
| SPUD FARM, | ) |
| | ) |
| Defendant. | ) |

The Defendant, through counsel, moved to substitute the United States of America as Defendant for MANIILAQ ASSOCIATION, d/b/a MAPVISIQ, a/k/a SPUD FARM, with respect to the tort claims made in the Plaintiff's Complaint.

The United States also moves for the entry of an Order amending the caption to reflect the substitution of the United States of America as a Defendant in place of MANIILAQ ASSOCIATION, d/b/a MAPVISIQ, a/k/a SPUD FARM. The Motion is granted, the United States is substituted as the Defendant in place of Maniilaq Assoc.,  and the new caption will be Teddy Smith v. United States of America.

Date: _____          _____

United States District Court Judge

1