NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
susan.lindquist@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TEDDY K. SMITH, | ) Case No.  2:06-cv-00002-JWS |
| | ) |
| Plaintiff, | ) **STIPULATION TO DISMISS** |
| v. | ) **WITHOUT PREJUDICE** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

The parties, through counsel, stipulate to dismiss this case without prejudice because the Plaintiff has not exhausted his administrative remedies under the Federal Tort Claims Act ("FTCA") by filing an administrative claim with the agency.  28 U.S.C. § 2675.

The FTCA provides a safety net for Plaintiffs who file tort claims in court against an employee who is later substituted out by the United States.  In those

cases, Plaintiffs have 60 days after the dismissal of the case to file an administrative claim. The claim is then deemed to have been filed on the same day as the lawsuit was filed. 28 U.S.C. § 2679(d)(5)(A) & (B). In this case, Mr. Smith filed a lawsuit against Maniilaq Association, which was deemed to be a federal employee and was substituted out of the case. He filed suit before two years had passed and he may file an administrative claim within 60 days of the dismissal of this suit.

  Respectfully submitted this 8th day of November, 2006.

            NELSON P. COHEN
            United States Attorney

            s/ Susan J. Lindquist
            Assistant U. S. Attorney
            222 West 7th Ave., #9, Rm. 253
            Anchorage, AK 99513-7567
            Phone: (907) 271-3378
            Fax: (907) 271-2344
            E-mail: susan.lindquist@usdoj.gov
            AK #9008053

            PENTLARGE LAW GROUP

            by:  s/ Robert J. Jurasek (consent)
            1400 West Benson Blvd., Suite 550
            Anchorage, AK 99503
            Phone: (907) 276-1919
            Fax: (907) 276-8000
            e-mail: rjurasek@gci.net
            AK #9111071