IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TEDDY K. SMITH,                       ) | Case No. 2:06-cv-00002-JWS |
| )                                     | |
| Plaintiff,                            ) | **[PROPOSED] ORDER OF** |
| v.                                    ) | **DISMISSAL WITHOUT** |
| )                                     | **PREJUDICE** |
| UNITED STATES OF AMERICA,             ) | |
| )                                     | |
| Defendant.                            ) | |

Based upon the stipulation of the parties, the above-captioned case is dismissed without prejudice.

IT IS SO ORDERED.

_____        _____
     (DATE)                                                John W. Sedwick
                                                           United States District Court Judge