IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TEDDY K. SMITH, | ) Case No.  2:06-cv-00002-JWS |
| | ) |
| Plaintiff, | ) **ORDER OF DISMISSAL** |
| v. | ) **WITHOUT PREJUDICE** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

Based upon the stipulation of the parties, the above-captioned case is dismissed without prejudice.

IT IS SO ORDERED.

Nov. 9, 2006                    /s/  John W. Sedwick
                                United States District Court Judge